# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-2677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Tad L. Jones;

Plaintiffs

v.

BIG CYHAWK HOLDINGS, INC.,

Defendant.

## NOTICE OF ENTRY OF APPEARANCE

Aaron D. Goldhamer, of the firm Jones & Keller, P.C., hereby enters his appearance on behalf of Plaintiffs, Tad L. Jones Spousal Limited Access Trust, by and through Trustee Monica L. Jones, and Monica L. Jones Spousal Limited Access Trust, by and through Trustee Tad L. Jones.

**DATED** this 11th day of December, 2015         Respectfully submitted,

                                                        s/ Aaron D. Goldhamer
                                                       Aaron D. Goldhamer, #41016
                                                       JONES & KELLER, P.C.
                                                       1999 Broadway, Suite 3150
                                                       Denver, Colorado  80202
                                                       Tel: 303-573-1600
                                                       Fax: 303-573-8133
                                                       agoldhamer@joneskeller.com
                                                       *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on 11th day of December, 2015, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system.

s/ Nicole N. Chapman
Nicole N. Chapman

{JK00768480.1 }