# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| State of UNITED STATES | County of DISTRICT OF COLORADO | District Court |

Case Number: 1:15-CV-02677-LTB

Plaintiff:
**TAD JONES SPOUSAL LIMITED ACCESS TRUST, ET AL**

vs.

Defendant:
**BIG CYHAWK HOLDINGS, INC.**

For:
JONES & KELLER, P.C.
1999 BROADWAY
SUITE 3150
DENVER, CO 80202

Received by ARISTOCRAT PROCESS SERVING/KIS on the 17th day of December, 2015 at 9:44 am to be served on **BIG CYHAWK HOLDINGS INC. C/O MARK WARDM AS REGISTERED AGENT, 309 E 5TH STREET, SUITE 202A, DES MOINES, IA 50309**.

I, ANN LONG, being duly sworn, depose and say that on the **29th day of December, 2015** at **1:45 pm**, I:

Served the within named entity by delivering a true copy of the **SUMMONS, COMPLAINT, AND CIVIL COVER SHEET** to LISA LOEPP as LEGAL ASSISTANT AUTHORIZED TO ACCEPT of the within named entity, at the address of: 309 E 5TH STREET, SUITE 202A, DES MOINES, IA 50309.

I certify that I am over the age of 18, have no interest in the above action, and am a process server in good standing in the judicial circuit in which the process was served. I declare under the penalty of perjury that the foregoing is true in substance and in fact to my best information and belief.

Subscribed and Sworn to before me on the ___ day of _____, 2015 by the affiant who is personally known to me.

NOTARY PUBLIC

KYLE A. JONES
My Appointment Expires
April 20, 2018

ANN LONG
ARISTOCRAT PROCESS SERVING/KIS
115 E. Park St.
Ste. D
Olathe, KS 66061
(913) 780-2007

Our Job Serial Number: AIL-2015034524
Ref: 49631

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0s

