**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, et al.,

      Plaintiffs,

  v.

BIG CYHAWK HOLDINGS, INC.,

      Defendant.

**RULE 7.1 DISCLOSURE STATEMENT OF BIG CYHAWK HOLDINGS, INC.**

Purusant to Federal Rule of Civil Procedure 7.1, Defendant Big CyHawk Holdings, Inc. files this disclosure statement.

The Rule 7.1 Disclosure Statement must identify "any parent corporation and any publicly held corporation that owns 10% or more of" Big CyHawk Holdings, Inc.'s stock, or state that there is no such corporation. Fed. R. Civ.P. 7.1(a).

No parent corporation or publicly held corporation owns 10% or more of Big CyHawk Holdings, Inc.'s stock.

Respectfully submitted this 19th day of January, 2016.

/s/ Charles W. Steese

Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street Ste 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:  720.200.0679
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Counsel for Defendant Big CyHawk Holdings, Inc.*

## CERTIFICATE OF SERVICE

       I hereby certify that on January 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Aaron David Goldhamer**
Jones & Keller, PC-Denver
1999 Broadway
Suite 3150
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
agoldhamer@joneskeller.com

**Ross Whiting Pulkrabek**
Jones & Keller, PC-Denver
1999 Broadway
Suite 3150
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
rpulkrabek@joneskeller.com

                                                  s/ Charles W. Steese
                                                  Charles W. Steese, #26924

                                                  ARMSTRONG TEASDALE LLP
                                                  4643 South Ulster Street Ste 800
                                                  Denver, Colorado 80237
                                                  Telephone:  720.200.0676
                                                  Facsimile:  720.200.0679
                                                  csteese@armstrongteasdale.com