IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST *et al.*,

Plaintiffs,

v.

Big CyHawk Holdings, Inc.,

Defendant.

### ENTRY OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for:

Big CyHawk Holdings, Inc.

DATED at Denver, Colorado this 19th day of January, 2016.

   Douglas N. Marsh
Name of Attorney

   Armstrong Teasdale LLP
Firm Name

   4643 South Ulster Street Ste. 800
Office Address

   Denver, CO 80237
City, State, ZIP Code

   (720) 200-0676
Telephone Number

   dmarsh@armstrongteasdale.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Aaron David Goldhamer**
Jones & Keller, PC-Denver
1999 Broadway
Suite 3150
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
agoldhamer@joneskeller.com

**Ross Whiting Pulkrabek**
Jones & Keller, PC-Denver
1999 Broadway
Suite 3150
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
rpulkrabek@joneskeller.com

<u>s/ Douglas N. Marsh</u>
Douglas N. Marsh #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street Ste 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:  720.200.0679
dmarsh@armstrongteasdale.com