IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST *et al.*,

Plaintiffs,

v.

Big CyHawk Holdings, Inc.,

Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for:

Big CyHawk Holdings, Inc.

DATED at Denver, Colorado this 22nd day of January, 2016.

*/s/ Douglas N. Marsh*

Douglas N. Marsh, #45964
Name of Attorney

Armstrong Teasdale LLP
Firm Name

4643 South Ulster Street Ste. 800
Office Address

Denver, CO 80237
City, State, ZIP Code

(720) 200-0676
Telephone Number

dmarsh@armstrongteasdale.com
Primary CM/ECF E-mail Address

## CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

**Aaron David Goldhamer**
Jones & Keller, PC-Denver
1999 Broadway
Suite 3150
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
agoldhamer@joneskeller.com

**Ross Whiting Pulkrabek**
Jones & Keller, PC-Denver
1999 Broadway
Suite 3150
Denver, CO 80202
303-573-1600
303-573-8133 (fax)
rpulkrabek@joneskeller.com

<u>s/ Douglas N. Marsh</u>
Douglas N. Marsh #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street Ste 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:  720.200.0679
dmarsh@armstrongteasdale.com