IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Tad L. Jones;

Plaintiffs

v.

BIG CYHAWK HOLDINGS, INC.,

Defendant.

---

**PLAINTIFFS' NOTICE OF SETTLEMENT AND UNOPPOSED MOTION TO STAY PENDING PERFORMANCE OF SETTLEMENT AGREEMENT**

---

Plaintiffs Tad L. Jones Spousal Limited Access Trust and Monica L. Jones Spousal Limited Access Trust (collectively, "**Plaintiffs**"), by and through their counsel, Ross W. Pulkrabek and Aaron D. Goldhamer of the law firm Jones & Keller, P.C., submit the following Notice of Settlement and Unopposed Motion to Stay Pending Performance of Settlement Agreement ("Unopposed Motion"):

**CERTIFICATE OF CONFERRAL**

Undersigned counsel has conferred with counsel for Defendant, who advises that Defendant does not oppose this Unopposed Motion.

**BACKGROUND AND ARGUMENT**

1.	Plaintiffs and Defendant have reached a written agreement providing for the release of the claims asserted in this case, contingent on the performance of obligations set forth in that written agreement.

2.	The obligations contemplated by the written agreement are presently scheduled to be completed in June of 2016. Following the successful completion of those obligations, Plaintiffs will dismiss this case. As such, Plaintiffs respectfully request the Court stay this proceeding through June 30, 2016.

3.	The only matter pending before the Court in this case is Defendants' Motion to Dismiss [Doc. 8]. The Court should defer ruling on that motion while this stay is pending.

4.	"The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Nasious v. Littleton Police Dep't*, No. 07-CV-01001-ZLW-KMT, 2008 WL 2437668, at *1 (D. Colo. June 16, 2008).

5.	Granting the Unopposed Motion will not prejudice any party, will simplify the issues to be decided in this case (if any), will not affect any other deadlines, and will reduce the burden of litigation on the parties and the Court. *See Drussel Wilfley Design, LLC v. Youngwerth*, No. CIV.A. 07-CV-02069-WY, 2009 WL 230701, at *1 (D. Colo. Jan. 30, 2009) (enumerating factors to be weighed when determining a motion to stay).

WHEREFORE, Plaintiffs respectfully request that this Court grant the Unopposed Motion and stay this proceeding through June 30, 2016, and defer ruling on Defendant's Motion to Dismiss until that time.

Respectfully submitted March 16, 2016.

s/ Aaron D. Goldhamer
Ross W. Pulkrabek
Aaron D. Goldhamer
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573.1600
Fax: (303) 573.8133
rpulkrabek@joneskeller.com
agoldhamer@joneskeller.com

*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on March 16, 2016, a true and correct copy of the foregoing **PLAINTIFFS' NOTICE OF SETTLEMENT AND <u>UNOPPOSED</u> MOTION TO STAY PENDING PERFORMANCE OF SETTLEMENT AGREEMENT** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Charles W. Steese
Douglas N. Marsh
ARMSTRONG TEASDALE LLP
4643 South Ulster Street Suite 800
Denver, Colorado 80237
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
*Counsel for Defendant*

                                                     s/ Nicole N. Chapman
                                                     Nicole N. Chapman