IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Tad L. Jones;

       Plaintiffs,

v.

BIG CYHAWK HOLDINGS, INC.,

       Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

       Plaintiff's Notice of Settlement and Unopposed Motion to Stay Pending Performance of Settlement Agreement (Doc 16 - filed March 16, 2016) is **GRANTED**. This matter is **STAYED** up to and including **June 30, 2016**. Plaintiff is directed to file a status report or settlement/dismissal papers **on or before July 15, 2016.**


Dated:  March 17, 2016
_____