IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, et al.,

    Plaintiffs,

  v.

BIG CYHAWK HOLDINGS, INC.,

    Defendant.

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY

Defendant Big CyHawk Holdings, Inc., by and through its counsel, Charles W. Steese and Douglas N. Marsh of the law firm Armstrong Teasdale LLC, respectfully submits the following Unopposed Motion to Extend Stay.

In support of its Motion, Big CyHawk Holdings states as follows:

### I.   BACKGROUND

1. As noted in Plaintiffs' Notice of Settlement and Unopposed Motion to Stay Pending Performance of Settlement Agreement (ECF No. 16), the parties have reached a written agreement providing for the release of the claims asserted in this case. Upon completion of the terms and obligations set forth in the agreement, Plaintiffs will dismiss the case.

2. The Court granted Plaintiffs' Unopposed Motion and stayed this case up to and including June 30, 2016. ECF No. 17.

3.     Defendant anticipates that the terms and obligations set forth in the settlement agreement will be completed before the end of July 2016.  As such, Defendant respectfully requests that the Court extend the stay it previously granted up to and including August 31, 2016.

4.     The only matter pending before the Court is Defendants' Motion to Dismiss (ECF No. 8).  Defendants respectfully request that the Court defer ruling on that Motion during the pendency of the extended stay.

## II.     ARGUMENT

5.     "A motion to stay court proceedings is an appropriate exercise of this court's discretion."  *Newark Revolving Holding Co. v. Bear Paw Joint Venture*, No. 11-CV-00959-WYD-KMT, 2011 WL 5439438, at *1 (D. Colo. Nov. 9, 2011).

6.     Granting Defendants' motion will simplify the issues in question and streamline these proceedings, will not prejudice any party, and will reduce the burden of litigation on the parties and on the Court.  *See Drussel Wilfley Design, LLC v. Youngwerth*, No. 07-CV-02069-WYD-BNB, 2009 WL 230701, at *1 (D. Colo. Jan. 30, 2009).

## III.    CERTIFICATE OF CONFERRAL

7.     Undersigned counsel has conferred with counsel for Plaintiffs regarding this motion and is authorized to state that Plaintiffs do not oppose this motion.

## IV.     CONCLUSION

WHEREFORE, Defendant respectfully requests that this Court extend the previously entered stay up to and including August 31, 2016, and defer ruling on Defendants' Motion to Dismiss until that time.

Respectfully submitted this 24th day of June, 2016.

/s/ *Charles W. Steese*
Charles W. Steese, #26924
Douglas N. Marsh, #45964
ARMSTRONG TEASDALE LLP
4643 South Ulster Street Ste 800
Denver, Colorado 80237
Telephone:  720.200.0676
Facsimile:  720.200.0679
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com

*Counsel for Defendant Big CyHawk Holdings, Inc.*

3

## CERTIFICATE OF SERVICE

     I hereby certify that on June 24th, 2016, a true and correct copy of the foregoing **DEFENDANT'S UNOPPOSED MOTION TO EXTEND STAY** was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
**JONES & KELLER, P.C.**
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: (303) 573.1600
Fax: (303) 573.8133
rpulkrabek@joneskeller.com
agoldhamer@joneskeller.com

*Attorneys for Plaintiffs*

                                                              /s/   *Alessandra Schneider*