IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, et al.,

    Plaintiffs,

v.

BIG CYHAWK HOLDINGS, INC.,

    Defendant.

**PROPOSED ORDER ON DEFENDANTS' UNOPPOSED MOTION TO EXTEND STAY**

    THE COURT, having considered Defendants' Unopposed Motion to Extend Stay (ECF No. 18 – filed June 24, 2016), and for good cause shown, HEREBY GRANTS the Motion. The matter is STAYED up to and including August 31, 2016.

    SO ORDERED: June____, 2016

    BY THE COURT:

    _____
    Judge Lewis T. Babcock

1