**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Tad L. Jones;

      Plaintiffs,

v.

BIG CYHAWK HOLDINGS, INC.,

      Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendants' Unopposed Motion to Extend Stay (Doc 18 - filed June 24, 2016) is **GRANTED**. This matter is **STAYED** up to and including **August 31, 2016**.

Dated:  June 27, 2016
_____