**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.   15-cv-2677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Tad L. Jones;

Plaintiffs

v.

BIG CYHAWK HOLDINGS, INC.,

Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

Lucas T. Ritchie, of the firm Jones & Keller, P.C., hereby enters his appearance on behalf of Plaintiffs, Tad L. Jones Spousal Limited Access Trust, by and through Trustee Monica L. Jones, and Monica L. Jones Spousal Limited Access Trust, by and through Trustee Tad L. Jones.

Respectfully submitted September 30, 2016.

JONES & KELLER, P.C.


s/ Lucas T. Ritchie
Lucas T. Ritchie, #35805
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600
Facsimile: 303-573-8133
lritchie@joneskeller.com
*Attorneys for Plaintiffs*

{JK00861943.1 }

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of September, 2016, I electronically filed the foregoing NOTICE OF ENTRY OF APPEARANCE with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Ross W. Pulkrabek
Aaron D. Goldhamer
KEATING WAGNER POLIDORI & FREE, P.C.
1290 Broadway, Suite 600
Denver, CO 80203
rpulkrabek@keatingwagner.com
agoldhamer@keatingwagner.com
*Attorneys for Plaintiff*

Charles W. Steese
Douglas N. Marsh
ARMSTRONG TEASDALE LLP
4643 South Ulster Street, Suite 800
Denver, Colorado 80237
csteese@armstrongteasdale.com
dmarsh@armstrongteasdale.com
*Attorneys for Defendant*

s/ Nicole N. Chapman
Nicole N. Chapman