IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   15-cv-2677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Tad L. Jones;

Plaintiffs

v.

BIG CYHAWK HOLDINGS, INC.

Defendant

## MOTION FOR WITHDRAWAL BY ATTORNEY ROSS W. PULKRABEK

The undersigned, Ross W. Pulkrabek, of Keating Wagner Polidori Free, P.C., hereby moves pursuant to D.C. COLO. LAtty R 5(b) to withdraw as counsel on behalf of Plaintiffs, TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Monica L. Jones, and MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Tad L. Jones. Plaintiffs remain represented by attorney Lucas T. Ritchie of Jones and Keller, P.C.  Plaintiffs do not oppose the undersigned attorney's withdrawal. Good cause exists to grant this Motion because the undersigned is no longer at Jones and Keller, P.C., and Plaintiffs remain represented by other counsel.

DATED:  October 5, 2016

|  |  | KEATING WAGNER POLIDOR FREE, PC |
|---|---|---|
| By: | s/ Ross W. Pulkrabek | |

Ross W. Pulkrabek
Keating Wagner Polidori Free, P.C.
1290 Broadway, Suite 600
Denver, Colorado 80203
Phone: 303.534.0401
Fax: 303.534.8333
Email: rpulkrabek@keatingwagner.com

CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2016, the foregoing MOTION FOR WITHDRAWAL BY ATTORNEY ROSS W. PULKRABEK was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Lucas T. Ritchie
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600
Facsimile: 303-573-8133
lritchie@joneskeller.com
*Attorneys for Plaintiffs*

Charles W. Steece
Douglas N. Marsh
ARMSTRONG TEESDALE LLP
4643 South Ulster Street, Suite 800
Denver, CO 80237
csteese@armstrongteesdale.com
dmarsh@armstrongteesdale.com
*Attorneys for Defendant*