**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Monica L. Jones,

and

MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST, by and through Trustee Tad L. Jones;

      Plaintiffs,

v.

BIG CYHAWK HOLDINGS, INC.,

      Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Motion for Withdrawal by Attorney Aaron D. Goldhamer (Doc 21 - filed October 5, 2016) and the Motion for Withdrawal by Attorney Ross W. Pulkrabek (Doc 22 - filed October 5, 2016) are **GRANTED**. Both counsel are allowed to withdraw as counsel for Plaintiffs herein. Plaintiffs will continue to be represented by Lucas T. Ritchie of Jones and Keller, P.C.

Dated:  October 6, 2016
_____