**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:15-cv-02677-LTB

TAD L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Monica L. Jones; and
MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Tad L. Jones;

Plaintiffs

v.

BIG CYHAWK HOLDINGS, INC.,

Defendant.

---

**NOTICE OF DISMISSAL OF CLAIMS PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

---

Plaintiffs Tad L. Jones Spousal Limited Access Trust and Monica L. Jones Spousal Limited Access Trust, through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provide notice of Plaintiffs' voluntary dismissal with prejudice of all claims in this action, with each party to pay its own attorneys' fees and costs.

Respectfully submitted October 13, 2016.

JONES & KELLER, P.C.

*s/ Lucas T. Ritchie*
Lucas T. Ritchie
1999 Broadway, Suite 3150
Denver, CO 80202
Telephone: 303-573-1600
Facsimile: 303-573-8133
lritchie@joneskeller.com
*Attorneys for Plaintiffs*

{JK00861674.1}                                1

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Charles W. Steese, Esq.
csteese@armstrongteasdale.com

Douglas N. Marsh, Esq.
dmarsh@armstrongteasdale.com

*Attorneys for Defendants*

                                                  *s/ Nicole N. Chapman*