IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   15-cv-02677-LTB

TAD J. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Monica L. Jones; and
MONICA L. JONES SPOUSAL LIMITED ACCESS TRUST,
by and through Trustee Tad L. Jones,

      Plaintiffs,

v.

BIG CYHAWK HOLDINGS, INC.,

      Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiffs' Notice of Dismissal of Claims Pursuant to F.R.C.P. 41(a)(1)(A)(I) (Doc 24 - filed October 13, 2016), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

      BY THE COURT:

         s/Lewis T. Babcock
      Lewis T. Babcock, Judge

DATED:   October 14, 2016